CITY OF BRIDGETON, RESPONDENT, v JOSEPH H. CORSON, APPELLANT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose opinion is reported in 100 *N. J. L.* 33.

For the respondent, *Walter H. Bacon, Jr.*

For the appellant, *Rex A. Donnelly.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.   12.

*For reversal*—None.